UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **DILLARD ROSS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SYNERGY MARINE PTE LTD, ARGOSY PTE LTD, and SYNERGY MARITIME PVT LTD,**<br><br>*Defendants.* | Civil Action No. 4:21-CV-00074-RSB-CLR |

## ORDER ON MOTION TO INTERVENE

Ceres Marine Terminals, Inc. has moved to intervene. Doc. 16. Plaintiff Dillard Ross has filed a response consenting to the intervention. Doc. 19. Defendants have not responded to the motion. Their silence is construed as consent. *See* S.D. Ga. L. Civ. R. 7.5. Based on the consent of the parties, therefore, Ceres Marine Terminals, Inc.'s motion is **GRANTED**. Doc. 16. Ceres Marine Terminals, Inc. is **DIRECTED** to file its Intervention Complaint within thirty days of this Order.

**SO ORDERED,** this 12th day of May, 2021.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA