IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DILLARD ROSS,

    Plaintiff,

v.

CERES MARINE TERMINALS, INC.,

    Intervenor,

and

SYNERGY MARINE PTE LTD; ARGOSY PTE LTD; and SYNERGY MARITIME PVT LTD,

    Defendants.

CIVIL ACTION NO.: 4:21-cv-74

**O R D E R**

On March 11, 2022, the parties advised the Court that they had reached a settlement as to all claims and defenses in the above-captioned case and that they were working to finalize a formal settlement agreement and intended to file a joint stipulation of dismissal with prejudice within twenty-one days of that filing. (Doc. 44.) More than sixty days have now passed with no action having been taken by the parties. Therefore, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within thirty (30) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the

alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within thirty (30) days, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 16th day of May, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA