# United States District Court
## Southern District of Georgia

DILLARD ROSS,

    Plaintiff,

CERES MARINE TERMINALS, INC.

    Intervenor,

V.

SYNERGY MARINE PTE LTD; ARGOSY PTE LTD; and SYNERGY MARITIME PVT LTD,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:21-cv-74

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 20, 2022, the Court grants the specific relief in the parties joint motion to dismiss. Judgment of dismissal with prejudice is entered, and this case stands closed.

Approved by: _____

May 27, 2022
Date



John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020